IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ALCANTAR, JR.,<br><br>Defendant. | Case No. 2:24-cr-00258-AS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On July 3, 2024, Defendant Francisco Alcantar, Jr., made his initial on the petition for revocation of probation and warrant for arrest issued on June 6, 2024. The Federal Public Defender's Office, by DFPD Michael Brown II, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Greg Lesser. Mr. Alcantar submitted on the recommendation of detention in the report prepared by Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☒ probation / ☐ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, including that Mr. Alcantar has failed to consistently report for supervision, and the fact that Mr. Alcantar has not been consistently living at his address of record. Mr. Alcantar submitted on the Pretrial Services Report and its recommendation of detention.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the petition, as well as the criminal history reflected in the PSA report. Mr. Alcantar submitted on the Pretrial Services Report and its recommendation of detention.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 5, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE